# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

June 13, 2012

**VIA ECF**
Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:** **Civil Action No. 12-002163**
            **Mendy Kofman v. Northstar Location Services, LLC**

Dear Judge Cogan:

      I represent the plaintiff in the above referenced matter and am informing the Court that the parties have continued with settlement discussions and plaintiff just accepted defendant's most recent offer to settle. Therefore, plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account. Thank you for the Court's consideration of the foregoing.

                                                      Very truly yours,

                                                      /s/

                                                      Maxim Maximov, Esq.

cc:    VIA FACSIMILE (716) 565-6928
        Linda M. Leising
        Chief Compliance Officer
        The Northstar Companies
        4285 Genesee Street
        Cheektowaga, New York 14225